IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LISA DANNETTE AYERS,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>Defendant. | Civil No. 2:20-cv-00043-BMM-JTJ<br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE A RESPONSE TO<br>PLAINTIFF'S COMPLAINT |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including January 22, 2021, to file a response to Plaintiff's Complaint, including the certified administrative record. If the certified administrative record becomes available to the Office of the General Counsel before the aforementioned date, the record may be filed earlier, if acceptable to both parties.

If the Commissioner is unable to file the certified administrative record by

Page 1     ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO
              PLAINTIFF'S COMPLAINT - [2:20-cv-00043-BMM-JTJ]

that date, the Commissioner shall file another motion for extension every 28 days until the certified administrative record becomes available.

DATED this 30th day of November, 2020.

_____
John Johnston
United States Magistrate Judge