UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LISA DANNETTE AYERS,<br><br>  Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of the<br>Social Security Administration,<br><br>  Defendant. | Case No. CV-20-43-BU-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Commissioner's decision to deny Ayers's claim for disability and supplemental security income benefits is AFFIRMED.

2. The Clerk is directed to enter judgment accordingly.

Dated this 12th day of October, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Traci Orthman
Traci Orthman, Deputy Clerk